UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Ideavillage Products Corp., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> United States, : <br> : <br> Defendant. : <br> : | Court No. 22-00332 |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE, that plaintiff, Ideavillage Products Corp., through its undersigned attorneys and pursuant to USCIT R. 41(a)(1)(A)(i), hereby dismisses this action.

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP
*Attorneys for Plaintiff*
599 Lexington Avenue, FL 36
Dated: December 19, 2024    New York, New York 10022
New York, New York    Tel. (212) 557-4000, jspraragen@gdlsk.com

By:    /s/ Joseph M. Spraragen
Joseph M. Spraragen

ORDER OF DISMISSAL

Court No. 22-00332, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Clerk, United States Court of International Trade

Dated:        By: _____

10818363_1